UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS NEWCOMB, et al., <br> Plaintiffs, <br> v. <br> CORDIS CORPORATION, et al., <br> Defendants. | Case No. 17-cv-01725-EMC <br><br> **ORDER REMANDING CASE** |

For the reasons stated in this Court's September 23, 2016, Order in Dunson v. Cordis, C16-3076-EMC, Docket No. 53, the Court hereby REMANDS this case to state court for lack of subject matter jurisdiction. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: April 13, 2017

EDWARD M. CHEN
United States District Judge